FRANCESCA F. SCHAEFER, Respondent, *v.* WILLIAM N. RIDGE, Defendant, and METROPOLIS LAND COMPANY, Appellant.

(Argued November 19, 1931; decided December 4, 1931.)·

*Francis L. Field, Harold G. Aron* and *David A. Buckley, Jr.,* for appellant.

*Benjamin C. Ribman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., CRANE and KELLOGG, JJ.